IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROXANNE SHORT**                                                                 **PLAINTIFF**
**#718912**

V.                          NO. 3:25-cv-00080-BSM-ERE

**WELPATH MEDICAL and**
**KERSTEIN**                                                                         **DEFENDANTS**

## ORDER

*Pro se* plaintiff Roxanne Short, an Arkansas Division of Correction ("ADC") inmate, filed this lawsuit under 42 U.S.C. § 1983. *Doc. 2*. Ms. Short's complaint alleges that Defendant Kerstein has been deliberately indifferent to her serious medical needs by denying her a c-pap machine. Ms. Short sues Welpath Medical and Defendant Kerstein in both their individual and official capacities seeking monetary and injunctive relief.

For screening purposes,[1] Ms. Short has arguably stated a medical deliberate

---

[1] Screening is mandated by the Prison Litigation Reform Act, which requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, the Court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

indifference claim against Defendant Kerstein. The Court will address service for Defendant Kerstein by separate Order. The Court will address Ms. Short's claim against Defendant Welpath in a separate Recommendation.

    SO ORDERED 24 April 2025.

                                                              *[signature]*
                                      UNITED STATES MAGISTRATE JUDGE