IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROXANNE SHORT**  **PLAINTIFF**
*ADC #718912*

v.　　　　CASE NO. 3:25-CV-00080-BSM-ERE

**WELPATH MEDICAL and**
**KERSTEIN,** *APN*　　　　**DEFENDANTS**

## ORDER

After careful review of the record, Magistrate Judge Edie R. Ervin's partial recommended disposition [Doc. No. 5] is adopted. Roxanne Short's claims against Welpath are dismissed without prejudice for failure to state a claim. The clerk is directed to terminate Welpath as a party and remove it from the case caption.

IT IS SO ORDERED this 15th day of May, 2025.

　　　　　　　　　　　　　　　　　　/s/ Brian S. Miller
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE