**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ROXANNE SHORT**                                                                    **PLAINTIFF**
**#718912**

**V.**                                     **NO. 3:25-cv-00080-BSM-ERE**

**GARY KERSTEIN**                                                                 **DEFENDANT**

**RECOMMENDED DISPOSITION**

I.     **Procedure for Filing Objections**

This Recommended Disposition ("RD") has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this RD. Objections, if filed, must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this RD. If you do not object, you risk waiving the right to appeal questions of fact.

II.    **Background**

On April 22, 2025, *pro se* plaintiff Roxanne Short, formerly an Arkansas Division of Correction ("ADC") inmate, filed this 42 U.S.C. § 1983 case. *Doc. 2.*

On December 29, 2025, mail sent to Ms. Short from the Court was returned as undeliverable. *Doc. 18.*

On December 30, 2025, the Court ordered Ms. Short to notify the Court of her current address within 30 days or risk dismissal of her complaint. *Doc. 19.* To date,

she has not responded to the Court's December 30 Order, and the time to do so has passed.

Ms. Short has failed to inform the Court of her current address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Ms. Short regarding her lawsuit.

IT IS THEREFORE RECOMMENDED THAT:

1.     Ms. Short's complaint be DISMISSED, without prejudice, based on her failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's December 30 Order; (3) update her address; and (4) prosecute this lawsuit.

2.     Defendant Kerstein's motion for summary judgment (*Doc. 14*) be DENIED, as moot.

3.     The Clerk be instructed to close this case.

DATED 6 February 2026.

_____
UNITED STATES MAGISTRATE JUDGE