### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ROXANNE SHORT**                                                      **PLAINTIFF**
ADC #718912

**v.**                           **CASE NO. 3:25-CV-00080-BSM**

**GARY KERSTEIN**                                                      **DEFENDANT**

### <u>ORDER</u>

Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 22] is adopted and Roxanne Short's case is dismissed without prejudice for failure to comply with the initial order and Local Rule 505(c)(2); failure to comply with the December 20, 2025 order; failure to update her address; and failure to prosecute.  The clerk is directed to close this case.

IT IS SO ORDERED this 26th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE