### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ROXANNE SHORT**                                                                          **PLAINTIFF**
ADC #718912

**v.**                                           **CASE NO. 3:25-CV-00080-BSM**

**GARY KERSTEIN**                                                                        **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE